The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br>vs.<br><br>LATREESHA GAONA,<br><br>                      Defendants. | NO. CR18-078-RSL<br><br>[~~PROPOSED~~]<br>**ORDER ON THE STIPULATED MOTION OF THE PARTIES TO CONTINUE PRETRIAL MOTIONS DUE DATE** |

This matter having come before the Court on the stipulation of the parties and motion of the Defendant, Ms. Latreesha Goana, for an order continuing the pretrial motions due date, the Court finds as follows.

1. A federal grand jury returned a fifteen count Superseding Indictment on March 28, 2018, charging the Defendant, Latreesha Goana, in in three counts of Bank Fraud and Attempted Bank Fraud, one count of Aggravated Identity Theft.

2. Defendant, Latreesha Goana is in custody.

3. Pretrial motions for the parties are due on April 26, 2018. The parties are in discussions which may alleviate the need for pretrial motions to be filed in this matter.

///

///

[PROPOSED] ORDER ON THE STIPULATED MOTION OF THE PARTIES
TO CONTINUE PRETRIAL MOTIONS DUE DATE – 1

THE PECK LAW FIRM, PLLC
1423 WESTERN AVENUE
SEATTLE, WASHINGTON 98101-2021
(206) 382-2900
FAX: (206) 382-2128

Now, therefore, IT IS HEREBY ORDERED that the pretrial motions due date in this matter is continued to May 10, 2018.

DONE THIS 2nd DAY OF May, 2018.

_____
The Honorable Robert S. Lasnik
UNITED STATES DISTRICT COURT JUDGE

PRESENTED BY:

/s/Kevin A. Peck
Kevin A. Peck, WSBA #12995
Attorney for Defendant, Ms. Latreesha Gaona
The Peck Law Firm, PLLC
1423 Western Avenue
Seattle, WA 98101
(206) 382-2900
(206) 382-2128 ~ Facsimile
Email: kpeck@thepecklawfirm.com

[PROPOSED] ORDER ON THE STIPULATED MOTION OF THE PARTIES
TO CONTINUE PRETRIAL MOTIONS DUE DATE ~ 2

THE PECK LAW FIRM, PLLC
1423 WESTERN AVENUE
SEATTLE, WASHINGTON 98101-2021
(206) 382-2900
FAX: (206) 382-2128